**DISMISS; Opinion Filed April 21, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01313-CV

**STEPHEN L. GOODMAN, GOODMAN LAND ADVISORS, LTD., BRONSON HOLDINGS, LLC, STEVE AND DEE INVESTMENTS, LTD., AND DERRICK GOODMAN, Appellants**

**V.**

**S. LEWIS HILL, DEE WOOD, AND DARRYL WOOD, Appellees**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-05102-2010**

## MEMORANDUM OPINION

Before Justices FitzGerald, Francis, and Myers
Opinion by Justice Myers

This is an appeal of an interlocutory order granting a temporary injunction. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(4) (West Supp. 2013). On January 2, 2014, the trial court signed an agreed order of dismissal of the underlying action dismissing all claims and counterclaims with prejudice. The trial court's dismissal of the underlying action automatically dissolved the temporary injunction, rendering the issues in this appeal moot. *See Gen. Land Office v. OXY U.S.A., Inc.*, 789 S.W.2d 569, 571 (Tex. 1990).

Accordingly, we dismiss this appeal as moot.


/Lana Myers/
LANA MYERS
JUSTICE

131313F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

STEPHEN L. GOODMAN, GOODMAN
LAND ADVISORS, LTD., BRONSON
HOLDINGS, LLC, STEVE AND DEE
INVESTMENTS, LTD., AND DERRICK
GOODMAN, Appellants

On Appeal from the 296th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 296-05102-2010.
Opinion delivered by Justice Myers.
Justices FitzGerald and Francis participating.

No. 05-13-01313-CV      V.

S. LEWIS HILL, DEE WOOD, AND
DARRYL WOOD, Appellees

In accordance with this Court's opinion of this date, this appeal is **DISMISSED** as moot.

It is **ORDERED** that appellees S. LEWIS HILL, DEE WOOD, AND DARRYL WOOD
recover their costs of this appeal from appellants STEPHEN L. GOODMAN, GOODMAN
LAND ADVISORS, LTD., BRONSON HOLDINGS, LLC, STEVE AND DEE
INVESTMENTS, LTD., AND DERRICK GOODMAN.

Judgment entered this 21st day of April, 2014.

/Lana Myers/
LANA MYERS
JUSTICE